LEVI MOORE, Respondent v. GEORGE MOORE et al., Appellants.—

Christ, P. J., Martuscello, Latham, Kleinfeld, and Brennan, JJ., concur.

RICHARD MOUNSEY et al., Respondents, et al., Plaintiffs, v. CARMINE MONACO, Defendant, and GENERAL MOTORS CORP. et al., Appellants.—

Martuscello, Acting P. J., Latham, Kleinfeld and Benjamin, JJ., concur; Brennan, J., not voting.